**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00289-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FREDERICK ALLEN JONES,

    Defendant.

---

**ORDER SETTING CHANGE OF PLEA HEARING**

---

Pursuant to the telephone conference between counsel and Chambers staff, and in response to the Notice of Disposition and Motion Requesting Change of Plea Hearing (Doc. # 10), a Change of Plea hearing is set for **September 18, 2009 at 8:30 p.m.**, in Courtroom A602 of the Arraj Courthouse. Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Arguello's chambers and to the Probation Department no later than **noon on September 16, 2009**. <u>If these documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy</u>. The original and one copy of these documents should be delivered to the courtroom deputy in the courtroom at the time of the hearing (see D.C.COLO.LCrR 11.1F).

    DATED: July __24__, 2009

                                                    BY THE COURT:

                                                  _/s/ Christine M. Arguello_
                                                  CHRISTINE M. ARGUELLO
                                                  United States District Judge